Civil Action No. 3:20-cv-00628

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE LAMPO GROUP, LLC
was received by me on *(date)* 07/21/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mark Floyd, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* THE LAMPO GROUP, LLC on *(date)* 07/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: This summons was sent via certified FedEx delivery pursuant to Fed. R. Civil. P. 4(h) and Tenn. R. Civ. P. 4.04(10).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/22/2020

/s Heather Moore Collins
*Server's signature*

Heather Moore Collins, Attorney for Plaintiff
*Printed name and title*

7000 Executive Center Dr. Suite 320
Brentwood, TN 37027
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| Caitlin O'Connor<br>*Plaintiff*<br>v.<br>The Lampo Group, a/k/a Ramsey Solutions<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:20-cv-0628<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Lampo Group, a/k/a Ramsey Solutions
c/o Registered Agent
Mark Floyd
1011 Reams Fleming Blvd.
Franklin, TN, 37064-1844

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Collins & Hunter, PLLC
Heather Moore Collins
7000 Executive Center Dr. Suite 320
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/21/2020

*CLERK OF COURT*

*alia Morgan*

*Signature of Clerk or Deputy Clerk*