UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) Case No. 3:20-cv-00628 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC a/k/a | ) |
| RAMSEY SOLUTIONS, | ) Jury Demand |
| | ) |
| Defendant. | ) |

## DEFENDANT'S BUSINESS ENTITY DISCLOSURE STATEMENT

Defendant, The Lampo Group, LLC d/b/a Ramsey Solutions,[1] by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ____, and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _, and with a principal place of business in _.

☐ This party has parent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☒ This party is a limited liability company or limited liability partnership. **See Exhibit A.**

---

[1] Plaintiff has improperly identified Defendant as "The Lampo Group, LLC a/k/a Ramsey Solutions." Ramsey Solutions is an assumed name of The Lampo Group, LLC, which has been registered with the Tennessee Secretary of State.

☐ This party is an unincorporated association or entity.

☐ This party is a trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

/s/Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on August 12, 2020, I caused a copy of the foregoing document to be filed through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC
7000 Executive Center Drive
Suite 320
Brentwood, TN 37027

*Attorneys for Plaintiff*

    /s/Leslie Sanders
    Leslie Sanders (TN #18973)
    *Attorney for Defendant*