# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00628 |
| ) | Judge Richardson /Frensley |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

The Initial Case Management Conference set for September 29, 2020 at 9:00 a.m. will be <u>conducted by telephone</u>. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge