UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO ENTER CONFIDENTIALITY ORDER**

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, moves the Court to enter the attached Confidentiality Order. In support of this motion, Defendant states as follows:

1. This is a wrongful termination case.

2. Plaintiff alleges that Defendant terminated her employment in violation of the Tennessee Human Rights Act, Tennessee Disability Act, Tennessee Maternity Leave Act, and Family and Medical Leave Act.

3. Defendant contends that Plaintiff's employment was terminated for premarital sex, which Defendant considers to be inconsistent with its Core Values.

4. This case will involve discovery of sensitive information, like the circumstances surrounding Defendant's termination of Plaintiff's employment, the circumstances surrounding Defendant's discipline of similarly situated employees for the same reason, and information regarding maternity leave taken by similarly situated employees.

5. Defendant also recognizes that Plaintiff is seeking damages in this case for emotional pain, suffering, professional and personal embarrassment, humiliation, loss of enjoyment

of life, and inconvenience, which will require discovery into additional facets of Plaintiff's personal life, like her protected health information.

6. This Confidentiality Order will safeguard this sensitive information, allowing the parties to more efficiently complete discovery and resolve this case.

7. The parties have conferred regarding this motion, through counsel, and Plaintiff does not oppose it.

Respectfully submitted,

/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on January 19, 2021, I caused a copy of the foregoing document to be filed through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*