# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Magistrate Judge Frensley |
| Defendant. | ) Jury Demand |

## **CONFIDENTIALITY ORDER**

Before the Court is a motion filed by Defendant, The Lampo Group, LLC, to enter this Confidentiality Order (Doc. #14). After reviewing Defendant's motion and given no opposition from Plaintiff, Defendant's motion is GRANTED and the Court ORDERS the following:

1. This Order will govern information and documents designated by any party as "Confidential."

2. Any party may, in good faith, designate the following types of information or documents as Confidential:

    a. Plaintiff's protected health information;

    b. Plaintiff's financial information;

    c. Information regarding Plaintiff's employment with Defendant;

    d. Information regarding current and former employees of Defendant who are similarly situated to Plaintiff; and

    e. Any other information agreed upon by the parties.

3. The parties will designate information or documents as Confidential as follows:

    a. A document may be designated as Confidential by (i) affixing the term **CONFIDENTIAL** on the document or (ii) providing a Confidentiality Log to the other parties that identifies and designates the document;

    b. A tangible object, other than a document, may be designated as Confidential by (i) affixing the term **CONFIDENTIAL** on the object or (ii) providing a Confidentiality Log to the other parties that identifies and designates the object; and

    c. Deposition testimony may be designated as Confidential by (i) identifying and designating the testimony on the record during the deposition or (ii) after receipt of the deposition transcript, providing a Confidentiality Log to the other parties that identifies and designates the testimony.

4. The parties will only use information and documents designated as Confidential for purposes of this case and any appeals therefrom. However, this Order does not restrict a party's use of information or documents that were in their lawful possession at the commencement of this case.

5. Information designated as Confidential may only be disclosed to the following:

    a. The parties;

    b. The parties' attorneys of record in this case and their staff;

    c. Outside consultants (including expert witnesses) engaged by a party, but only if they are first provided with a copy of this Order and agree in writing to be bound by it;

    d. Court reporters and their staff who are engaged to record, transfer, and/or store deposition transcripts and/or video depositions during this case and any appeals therefrom;

    e. Mediators selected by the parties to attempt to mediate this case and their staff;

    f. The Court and its staff;

    g. The Jury; and

    h. Anyone else upon written consent of the designating party.

6. The parties will resolve any disagreements regarding the designation of information or documents as Confidential pursuant to the Court's procedures for discovery disputes.

7. Any party who files information or documents that have been designated as Confidential must move the Court for leave to do so under seal. The party who designated the information or documents will bear the burden of proving—either via a motion for leave to file under seal or response thereto—that the information or documents should be sealed.

8. This Order will remain in effect following the conclusion of this case. Within 45 days of the conclusion of this case and any appeals therefrom, each party will return or destroy all information and documents in their possession that have been designated by another party as Confidential. However, the parties may retain any information and documents that were in their lawful possession at the commencement of this case.

**IT IS SO ORDERED.**

 

                                                  **JEFFREY S. FRENSLEY**
                                                  **United States Magistrate Judge**