IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR,<br>    Plaintiff(s)<br><br>v.<br><br>THE LAMPO GROUP, LLC,<br>    Defendant(s) | Case No. 3:20-cv-000628<br>Judge Richardson /Frensley |

**O R D E R**

At the request of the Plaintiffs, a telephone conference is set for **February 24, 2020, at 8:00 a.m.** regarding discovery issues.

The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344. If Judge Frensley is in court on a criminal matter, the conference may be cancelled. The parties will be notified by email if that is the case.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge