IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR,<br>    Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC a/k/a<br>RAMSEY SOLUTIONS,<br>    Defendant. | )<br>)<br>)  Civil Action No. 3:20-cv-00628<br>)  Judge Richardson/Frensley<br>)  Jury Demand<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court held a discovery dispute conference on February 24, 2021. Based upon the guidance provided by the Court, the Parties are to continue their meet and confer efforts in an attempt to resolve the outstanding dispute. In the event that the Parties are able to resolve the matter they shall file a joint notice with the Court advising that the matter has been resolved on or before March 8, 2021. In the event that they are unable to resolve the dispute, the Defendant shall provide the Court with a copy of Defendant's fourteen core values and the Parties may file briefs up to six pages each on or before March 8, 2021.

**IT IS SO ORDERED.**

                                                    **JEFFERY S. FRENSLEY**
                                                    **United States Magistrate Judge**