

# Mission Statement

Ramsey Solutions provides biblically based,
common-sense education and empowerment
that give HOPE to everyone in every walk of life.

# Core Values


### TEAM
We are team members, not employees.


### CRUSADE
We are crusaders doing work that matters.


### COLOSSIANS 3:23
We do our work as unto the Lord.


### EXCELLENCE IN THE ORDINARY
We are faithful in the little things.


### FAMILY
We balance family and working hard.


### NEVER GIVE UP
We impose our will on the marketplace.


### MARKETPLACE SERVICE
If we help enough people, we don't have to worry about money.


### SELF-EMPLOYED MENTALITY
We all care and take responsibility like we own the place.


### SHOOT SACRED COWS
We stick by our principles. We challenge traditions.


### SHARE THE PROFITS
We win together. We lose together.


### MOMENTUM THEOREM
We know that focused intensity over time, multiplied by God, creates Unstoppable Momentum.


### RIGHTEOUS LIVING
We believe that character matters. All the time.


### FEAR NOT
We don't make decisions based on fear.


### NO GOSSIP
We pass negatives up and positives all around.

DEFENDANT 0003