| From: | Caitlin Eastwood |
|---|---|
| To: | Armando Lopez |
| Subject: | Sensitive Information |
| Date: | Thursday, June 18, 2020 4:44:54 PM |
| Attachments: | image001.png |

I needed to let you know that that I'm 12 weeks pregnant. I understand that being unmarried and expecting is frowned upon here, but the reality of the situation is this is what I'm walking through right now. This is obviously uncharted territory for me so I'm not sure what my next steps are regarding sharing the news with my leader, getting FMLA & ADA paperwork incase it's needed in the future, etc. I'm OOO Fri 19th & Mon 22nd but will still be checking email periodically so if this needs to be discussed in further detail please feel free to shoot me an email.

**Caitlin Eastwood | Technology Assistant**
Ramsey Solutions
1011 REAMS FLEMING BLVD
FRANKLIN, TN 37064-1844



DEFENDANT 0031