# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) |
|    Plaintiff, | ) No. 3:20-cv-00628 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC a/k/a | ) |
| RAMSEY SOLUTIONS, | ) Jury Demand |
| | ) |
|    Defendant. | ) |

## JOINT CASE RESOLUTION STATUS REPORT

The parties, by and through the undersigned counsel and pursuant to the Initial Case Management Order (Doc. 12), report to the Court that counsel for the parties have conferred and discussed the potential for resolution. The parties do not believe that this case is well-suited for settlement at this time. Pending before the Court is Defendant's Motion to Dismiss (Doc. 20). Also, the parties have a discovery dispute that the Court addressed this week and instructed the parties to continue to confer about disputed issues (Doc. 27). As these pending issues continue to shape the trajectory of the case, the parties believe resolution at this stage is premature. The parties will continue to meet and confer about resolution of the case once they have engaged in more discovery.

Respectfully submitted,

/s/Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*


s/ Anne Bennett Hunter
Anne Bennett Hunter BPR # 022407
Heather Moore Collins BPR # 026099
Ashley Shoemaker Walter BPR #037651
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
Telephone: 615-724-1996
Fax: 615-691-7019
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on March 19, 2021, I caused a copy of the foregoing document to be filed through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

                                                /s/Daniel Crowell
                                                Daniel Crowell (TN #31485)
                                                *Attorney for Defendant*

3

Case 3:20-cv-00628   Document 28   Filed 03/19/21   Page 3 of 3 PageID #: 305