# EXHIBIT 3

11 12.39 a m 07-28-2020 | 2 | 16156917019
To: EEOC Intake Officer   Page 2 of 3   2020-07-28 16:14:18 (GMT)   16156917019 From: Collins & Hunter, PLLC

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 494-2020-02396 |

Tennessee Human Rights Commission and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Caitlin O'Connor | (715) 846-5912 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| REDACTED | REDACTED | REDACTED |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| The Lampo Group | 500+ | (615) 371-8881 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1011 Reams Fleming Blvd | Franklin, TN 37064 | Williamson |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☒ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☒ OTHER (Specify) Pregnancy

DATE DISCRIMINATION TOOK PLACE
EARLIEST 06/18/2020   LATEST 06/25/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was employed by The Lampo Group ("Lampo") aka- Dave Ramsey Solutions, as an Administrative Assistant in the Information Technology Department ("IT") Department since February 22, 2016. Ramsey has 500 or more employees and provides financial counseling services.

II. On June 18, 2020, I emailed Human Resources ("HR") to let them know I was 12 weeks pregnant. In this same email, I requested both Family Medical Leave Act ("FMLA") paperwork to begin the process for requesting my maternity leave, as well as Americans with Disability Act ("ADA") paperwork as I am considered to have a geriatric pregnancy, due to my age, and could possibly need accommodations during my pregnancy. I intended to take these documents to my doctor during my next appointment to determine if at this current time I am in need of accommodation. Instead of receiving any paperwork, I was contacted on June 19, and informed I would be having a meeting with a board member. At this meeting on June 23, I met with two female board members who informed me they were still deciding the best way to proceed. I then had another meeting with head of HR and the board members on June 25. I was informed that I was terminated due to my pregnancy and for violating the code of Company Conduct which states "The image of Ramsey Solutions is held out to be Christian. Should a team member engage in behavior not consistent with traditional Judeo-Christian values or teaching, it would damage the image and the value of our good will and our brand. If this should occur, the team member would be subject to review, probation, or termination." The father of my baby and I are in a committed long term relationship, but are not married. Part of this Code incorporates a "righteous living" policy which prohibits premarital sex. This policy has a disparate impact on women because we cannot keep our personal lives private if we become pregnant. Other women have been forced out for the same reason.

III. I believe I was discriminated and retaliated against due to my pregnancy, sex, disability, and religion in violation of Title VII and the ADAAA.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Jul 20, 2020
Date

Caitlin O'Connor (Jul 20, 2020 17:34 CDT)
Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

RECEIVED

EEOC FORM 5 (REV. 3/01)

JUL 2 8 2020
U.S. EEOC
Nashville Area Office
Nashville, TN