IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:20-cv-00628 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | |
| THE LAMPO GROUP, LLC a/k/a | ) | Magistrate Judge Frensley |
| RAMSEY SOLUTIONS, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Caitlin O'Connor and moves the Court for an order granting Plaintiff leave to amend her Amended Complaint (ECF 16-1, 18) and file the attached Third Amended Complaint to elaborate on the allegations, in part to stem the tide of any further motion practice with respect to the sufficiency of pleading.[1]

In particular, Plaintiff's amendment clearly and unequivocally sets forth additional facts that Defendant violated Title VII and the THRA because of the religious and sex based beliefs and actions the Defendant imposed on Plaintiff's employment, but also the particulars about her religious beliefs that give rise to an inference that that she was discriminated against on account of her religious differences. *Pedreira v. Ky. Baptist Homes for Children, Inc.*, 579 F.3d 722, 727-728 (6th Cir. 2009) (The Sixth Circuit has interpreted the prohibition against religious discrimination in the workplace under Title VII "to preclude employers from discriminating against an employee because of the employee's religion as well as because the employee fails to comply with the

---

[1] This motion will supplant the motion to amend filed March 9, 2021 (ECF 25, 25-1). Moreover, since the filing of the March 9 amended complaint, the Court amended the scheduling order and the amendment deadline was moved to June 30, 2021, which renders most of Defendant's argument moot. (ECF 33).

*employer's* religion" or religious beliefs) (*citing Hall v. Baptist Mem'l Health Care Corp.*, 215 F.3d 618, 624 (6th Cir. 2000) (explaining that Title VII's scope "include[s] the decision to terminate an employee whose conduct or religious beliefs are inconsistent with those of its employer"); *Blalock v. Metals Trades, Inc.*, 775 F.2d 703, 708-09 (6th Cir. 1985)).

This amendment will not cause any prejudice. Due to a discovery dispute, Plaintiff still does not have all of the written discovery she has requested, and no depositions have taken place. Further, the amendment deadline is June 30, 2021. (ECF 33). Thus, the filing is timely as well.

Plaintiff conferred with Defendant about this motion and they oppose the filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and direct the attached Third Amended Complaint be filed.

Respectfully submitted,

*s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
Anne Bennett Hunter BPR # 022407
Ashley Shoemaker Walter BPR #037651
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been e-mailed this the 19th day of April 2021 to counsel of record through the court's CM/ECF system:

Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

/s/ Heather Moore Collins
*Attorney for Plaintiff*