





**Me**
9:49 AM, Jun 18

Tomorrows the day baby. I don't want to have to over think this for the next 2 weeks so I'm just going to RIP off the bandaid and do it. I took off tomorrow and Monday though just so I dont have to deal with the awkward first conversation right away. That'll at least give HR a few days to figure out what's what

O'Connor 000368



I'm printing off our company policies and whatnot just in case and came across this. Not sure if it will help or hurt my case

"The image of Ramsey Solutions is held out to be Christian. Should a team member engage in behavior not consistent with traditional Judeo-Christian values or teachings, it would damage the image and values of good will and brand. If this should occur, the team member will be subject to termination"
Me
10:48 AM, Jun 18

It's ok. I feel like I need to be honest because I haven't really slept more than 2 hours at a time in the last few months and I think its stress thats causing insomnia and its killing me not being able to sleep and feel like a normal human. I'm incredibly stressed out right now. I know you are too and thats why I haven't said anything but I can't just keep this to myself anymore. Nothing is working out the way I thought it would and it's really weighing on me. I have like $200 left to my name and I haven't been in the situation since I was 14,

I can't even pay my bills this month and its keeping me awake at night. I've been applying for anything to at least tie me over for now and nothing is coming from it.

I did not expect to ever have to file for unemployment in my life nor did I expect for it to take months and still not have an answer from them.

I feel completely useless as a partner and that's not fair to you that you have to work so hard because you have extra roommates leaching off of you right now. I have never in my adult life not been financially stable and I'm really struggling with it.

This should be a really happy time in our lives but it is nothing but stress and uncertainty right now. I'm stressing out that I didnt just take Ramsey's hush money even though I know it's not the right thing to do. I wouldn't be up all night concerned about paying my insurance and putting groceries



I can't even pay my bills this month and its keeping me awake at night. I've been applying for anything to at least tie me over for now and nothing is coming from it.

I did not expect to ever have to file for unemployment in my life nor did I expect for it to take months and still not have an answer from them.

I feel completely useless as a partner and that's not fair to you that you have to work so hard because you have extra roommates leaching off of you right now. I have never in my adult life not been financially stable and I'm really struggling with it.

This should be a really happy time in our lives but it is nothing but stress and uncertainty right now. I'm stressing out that I didnt just take Ramsey's hush money even though I know it's not the right thing to do. I wouldn't be up all night concerned about paying my insurance and putting groceries in the fridge if I would've just taken their buy off.

I'm never one to stress because I'm always in control but I feel like I have zero control over anything right now and it sucks. It sucks more knowing its 100% my fault that we're even in this situation. You don't deserve having to be worried about picking up my slack and I'm really sad about that.

Sorry for the mental dump and sorry for not being able to pull my weight right now.

Copy text     Share





https://www.wsmv.com/news/investigations/fired-dave-ramsey-employee-i-was-fired-after-husband-criticized-mask-less-holiday-party/article_cad60c22-6cae-11eb-a39b-433bde803adb.html



**Fired Dave Ramsey**
An email from the human resource…
https://www.wsmv.com/news/inv…

**R:** The ball is rolling and growing. It is going to be hard to stop. It will take some time, but Dave will have to retire eventually if he wants his kids to have a company to run. *(10:37 AM)*

Saturday, February 13, 2021



O'Connor 000373


Case 3:20-cv-00628   Document 41-3   Filed 06/16/21   Page 9 of 12 PageID #: 705

O'Connor 000374






Case 3:20-cv-00628 Document 41-3 Filed 06/16/21 Page 12 of 12 PageID #: 708

O'Connor 000377