IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00628 |
| ) | Judge Richardson / Frensley |
| ) | |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

A Case Management Conference is set for **July 7, 2021, at 8:00 a.m**. via telephone. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge