IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CAITLIN O'CONNOR, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:20-cv-00628 |
| v. | ) | Judge Eli J. Richardson |
| THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS, | ) | Magistrate Judge Frensley |
| | ) | Jury Demand |
| Defendant. | ) | |

## UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER

Plaintiff moves to amend the case management order and subsequent amendment of the same (ECF 12, 33) and extend discovery deadlines. For good cause shown, the Parties have encountered several discovery disputes which have required assistance from the Court and which has impacted the Parties' ability to conduct discovery and meet corresponding deadlines. Further, lead counsel for Plaintiff encountered a health issue which required some previously scheduled depositions to be postponed and rescheduled. Plaintiff conferred with Defendant about this motion who does not oppose the motion, and Defendant has likewise requested additional time with respect to its expert disclosures, which Plaintiff does not oppose. Accordingly, Plaintiff requests the following deadlines be extended/modified:

| Event | Current | Proposed |
|---|---|---|
| Close of Discovery | 9/3/21 | 10/1/21 |
| Discovery Motions | 10/17/21 | 10/22/21 |
| Defendant Expert Disclosure | 8/6/21 | 8/31/21 |
| Expert Depos Completed | 9/30/21 | 10/22/21 |
| Dispositive Motions | 10/22/21 | 11/19/21 |
| Trial | 4/5/22 | -- |

This motion will not affect the trial date of April 5, 2022, and the proposed dispositive

motion deadline is consistent with timing provisions in the Local Rules which would require all dispositive motion briefing to be completed by January 5, 2022.

                Respectfully submitted,

*s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
Anne Bennett Hunter BPR # 022407
Ashley Shoemaker Walter BPR #037651
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing has been e-mailed this the 15th day of July 2021 to counsel of record through the court's CM/ECF system:

Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

                                              /s/ Heather Moore Collins
                                              *Attorney for Plaintiff*