IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| | ) |
| v. | ) Judge Eli J. Richardson |
| | ) |
| THE LAMPO GROUP, LLC a/k/a | ) Magistrate Judge Frensley |
| RAMSEY SOLUTIONS, | ) Jury Demand |
| | ) |
| Defendant. | ) |

## NOTICE OF LIMITED APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for Amy Fritz and Melissa J. Hogan.

DATED: August 20, 2021.

                                                     */s/ John Robert Toy, II*
                                                     John Robert Toy II
                                                     Attorney at Law
                                                     BPR#: 031400
                                                     Parker, Toy & Associates, PLLC
                                                     745 South Church Street
                                                     Suite 240
                                                     Murfreesboro, TN 37130
                                                     615.896.2727
                                                     John@parkertoylaw.com

# CERTIFICATE OF SERVICE

      I, Terrance Jones, hereby certify that a true and exact copy of the foregoing document was sent via email and UPS, postage prepaid, to the following counsels of record:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com
*Attorneys for Defendant*

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
COLLINS & HUNTER PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com
*Attorneys for Plaintiff*


this the 20th day of August, 2021.

                                      */s/ John Robert Toy II*
                                      John Robert Toy, II
                                      Attorney at Law