IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| | ) |
| v. | ) Judge Eli J. Richardson |
| | ) |
| THE LAMPO GROUP, LLC a/k/a | ) Magistrate Judge Frensley |
| RAMSEY SOLUTIONS, | ) Jury Demand |
| | ) |
| Defendant. | ) |

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules for the United States District Court Middle District of Tennessee, Basyle Tchividjian hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for third parties who have either been subpoenaed or requested by the Defendant for depositions, Amy Fritz and Melissa J. Hogan, respectively.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the Middle District of Florida. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

1

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> John Robert Toy II, Esq.
> Parker, Toy & Associates, PLLC
> 745 South Church Street
> Suite 240
> Murfreesboro, TN. 37130
> BPR# 031400
> Phone: 615.896.2727
> Email: John@parkertoylaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the court of the proceeding.

DATED: August 20, 2021.

> /s/ Basyle Tchividjian
> Basyle J. Tchividjian, Esquire
> FL Bar #: 0985007
> Boz Law, PA
> 120 South Woodland Blvd, Suite 209
> DeLand, FL 32720
> Phone: 386-356-2104
> Email: boz@bozlawpa.com

## CERTIFICATE OF SERVICE

      I, Basyle Tchividjian, hereby certify that a true and exact copy of the foregoing document was sent via email and UPS, postage prepaid, to the following counsels of record:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com
*Attorneys for Defendant*

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
COLLINS & HUNTER PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com
*Attorneys for Plaintiff*


this the 20th day of August, 2021.

                                      */s/ Basyle Tchvidjian*
                                      Basyle J. Tchividjian, *pro hac vice* pending

3

Case 3:20-cv-00628   Document 50   Filed 08/23/21   Page 3 of 3 PageID #: 822