

# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Basyle Tchividjian**, Florida Bar # **0985007**, was duly admitted to practice in this Court on **June 18, 1996**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on September 02, 2021.



_____
**Elizabeth M. Warren**
*Clerk of Court*