## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:20-cv-00628 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | |
| | ) | Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC a/k/a | ) | |
| RAMSEY SOLUTIONS, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## JOINT RESOLUTION STATUS REPORT

The Parties, by and through the undersigned counsel and pursuant to the Initial Case Management Order (Doc. 12), report to the Court that counsel for the Parties have conferred about the potential for resolution. Plaintiff has made an initial demand which Defendant has rejected. At this time, the Parties have engaged in substantial discovery and Plaintiff has provided to Defendant an expert economist's report. Plaintiff is willing to engage in good faith ADR. However, Defendant does not believe that ADR will result in resolution of this case.

Respectfully submitted,

*s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
Anne Bennett Hunter BPR # 022407
Ashley Shoemaker Walter BPR #037651
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via the Court's CM/ECF system on September 17, 2021 to counsel of record:

Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com                    /s/ Heather Moore Collins
                                               *Attorney for Plaintiff*