IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:20-cv-00628 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's "Motion to Dismiss Count V of Plaintiff's Third Amended Complaint." (Doc. No. 39, "Motion"). For the reasons discussed in the accompanying memorandum opinion, Defendant's Motion (Doc. No. 39) is **GRANTED**, and Count V is dismissed. All other counts remain pending.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1