IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, ) | |
| ) | |
| Plaintiff, ) | NO. 3:20-cv-00628 |
| ) | |
| v. ) | JUDGE RICHARDSON |
| ) | |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 5, 2021 Plaintiff filed a "Motion for Reconsideration of the Court's Order on Defendant's Partial Motion to Dismiss" (Doc. No. 56). Defendant may file a response not to exceed ten (10) pages on or before October 19, 2021.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE