## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CAITLIN O'CONNOR,                    )
                                     )
    Plaintiff(s),             )
                                     )
v.                                   )     Case No. 3:20-cv-00628
                                     )     Judge Richardson / Frensley
                                     )
THE LAMPO GROUP, LLC,                )
                                     )
    Defendant(s)              )

## O R D E R

A Case Management Conference is set for **October 27, 2021, at 10:00 a.m**. via telephone.

The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access

code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the

call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge