# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR,<br>　　Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC a/k/a<br>RAMSEY SOLUTIONS,<br>　　Defendant. | )<br>)<br>) Civil Action No. 3:20-cv-00628<br>) Judge Richardson/Frensley<br>) Jury Demand<br>)<br>)<br>)<br>) |

## ORDER

The Court held a case management conference with the Parties on October 27, 2021 to discuss several unresolved discovery disputes. For the reasons set forth on the record, the Court rules as follows:

1. The Parties shall continue their meet and confer efforts regarding search terms and Defendant shall provide responsive emails regarding Mr. Hogan for the period between the initial employment decision in 2019 and the subsequent decision in March of 2021.

2. The Parties shall provide briefing on the issue regarding the deposition of Dave Ramsey on or before October 29, 2021.

3. The Defendant is not required to produce certain documents in the presence of its employee during the zoom deposition.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JEFFERY S. FRENSLEY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**