**From:** Michael Finney <Michael.Finney@daveramsey.com>
**To:** Suzanne Simms <Suzannes@daveramsey.com>
**Subject:** Re: Sensitive Information
**Date:** Fri, 19 Jun 2020 10:22:14 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png

---

███

**From:** Suzanne Simms <Suzannes@daveramsey.com>
**Date:** Friday, June 19, 2020 at 5:18 AM
**To:** Dave Ramsey <daver2@daveramsey.com>, Armando Lopez <armando.lopez@daveramsey.com>, Committee - HR <HRCommittee@daveramsey.com>
**Cc:** Michael Finney <Michael.Finney@daveramsey.com>, Daniel Ramsey <daniel.ramsey@daveramsey.com>
**Subject:** Re: Sensitive Information

Will do! Finney, make sure I get her number.

Suzanne Simms
Senior Executive Vice President
Business to Consumer Products and Services
Ramsey Solutions


**From:** Ramsey Dave <daver2@daveramsey.com>
**Date:** Friday, June 19, 2020 at 5:10 AM
**To:** Armando Lopez <armando.lopez@daveramsey.com>, Committee - HR <HRCommittee@daveramsey.com>
**Cc:** Michael Finney <Michael.Finney@daveramsey.com>, Daniel Ramsey <daniel.ramsey@daveramsey.com>
**Subject:** RE: Sensitive Information

So sad. The reason she sent an email is she is scared and embarrassed. Jen or Suzanne please pick up the phone and call her today. Love her. Tell her we will work this out with her next week but she will be loved and cared for. Then next week we will follow the steps we did before. Lots of grace, care for the child, money, counseling, pastor support. We were thorough because that is the right thing to do.

Dave Ramsey, CEO
Ramsey Solutions
Visit www.DaveRamsey.com
615-371-8881





CONFIDENTIAL                                                                    DEFENDANT 2170

**From:** Armando Lopez <armando.lopez@daveramsey.com>
**Sent:** Thursday, June 18, 2020 4:47 PM
**To:** Committee - HR <HRCommittee@daveramsey.com>
**Cc:** Dave Ramsey <daver2@daveramsey.com>; Michael Finney <Michael.Finney@daveramsey.com>
**Subject:** FW: Sensitive Information

Just wanted all of you to have this ASAP.

**Armando Lopez** | Executive Director of Human Resources
Ramsey Solutions
1011 Reams Fleming Blvd
Franklin TN 37064
P: 615.614.4263 | C: 615.390.9368
There are books that can change your life.
There are careers that can change the lives of others.
www.Daveramsey.com/careers



Confidentiality Notice: This is a private communication. The information in this email and any attachments is privileged and confidential information intended only for the use of the person named as recipient. If you are not the named recipient, be advised that any unauthorized review, disclosure, reproduction, or dissemination of the contents of this message is strictly prohibited. If you have received this material in error, please delete this message and any attachments without storing it and notify the sender so that our address record can be corrected.

---

**From:** Caitlin Eastwood <caitlin.eastwood@daveramsey.com>
**Date:** Thursday, June 18, 2020 at 4:44 PM
**To:** Armando Lopez <armando.lopez@daveramsey.com>
**Subject:** Sensitive Information

I needed to let you know that that I'm 12 weeks pregnant. I understand that being unmarried and expecting is frowned upon here, but the reality of the situation is this is what I'm walking through right now. This is obviously uncharted territory for me so I'm not sure what my next steps are regarding sharing the news with my leader, getting FMLA & ADA paperwork incase it's needed in the future, etc. I'm OOO Fri 19th & Mon 22nd but will still be checking email periodically so if this needs to be discussed in further detail please feel free to shoot me an email.

**Caitlin Eastwood** | Technology Assistant
Ramsey Solutions
1011 REAMS FLEMING BLVD
FRANKLIN, TN 37064-1844

