| From: | Suzanne Simms |
|---|---|
| To: | Michael Finney; Dave Ramsey |
| Cc: | Jennifer Sievertsen; Armando Lopez; Daniel Cortez |
| Subject: | Re: Caitlin Eastwood |
| Date: | Tuesday, June 23, 2020 8:03:28 PM |
| Attachments: | image001.png |

I'll have Jenny work to set it up.

Suzanne Simms
SEVP, Consumer Division
Ramsey Solutions

**From:** Michael Finney <Michael.Finney@daveramsey.com>
**Sent:** Tuesday, June 23, 2020 7:56:46 PM
**To:** Suzanne Simms <Suzannes@daveramsey.com>; Dave Ramsey <daver2@daveramsey.com>
**Cc:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>; Armando Lopez
<armando.lopez@daveramsey.com>; Daniel Cortez <daniel.cortez@daveramsey.com>
**Subject:** Re: Caitlin Eastwood

I don't want her to feel ganged up on either. If I felt a lot of shame I think I'd appreciate fewer
people rather than more. I'm good to let you and Armando take it.

Get Outlook for iOS

**From:** Suzanne Simms <Suzannes@daveramsey.com>
**Sent:** Tuesday, June 23, 2020 2:56:59 PM
**To:** Dave Ramsey <daver2@daveramsey.com>
**Cc:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>; Michael Finney
<Michael.Finney@daveramsey.com>; Armando Lopez <armando.lopez@daveramsey.com>; Daniel
Cortez <daniel.cortez@daveramsey.com>
**Subject:** Re: Caitlin Eastwood

Got it. Finney what are your thoughts? She emailed Armando and I don't like having this
conversation without him there. But you lead Technology-her area.

Suzanne Simms
Senior Executive Vice President
Business to Consumer Products and Services
Ramsey Solutions



**From:** Ramsey Dave <daver2@daveramsey.com>
**Date:** Tuesday, June 23, 2020 at 2:34 PM

**CONFIDENTIAL**                                                    **DEFENDANT 1929**

**To:** Suzanne Simms <Suzannes@daveramsey.com>
**Cc:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>, Michael Finney
<Michael.Finney@daveramsey.com>, Armando Lopez <armando.lopez@daveramsey.com>,
Daniel Cortez <daniel.cortez@daveramsey.com>
**Subject:** RE: Caitlin Eastwood

Agreed. Finney and Armando should not talk. As a matter of fact would be good if one of them is not there. Don't want her to feel ganged up on. You handle this with great compassion and ask her what more we can do to love her well. But this is obviously contrary to our values.

Dave Ramsey, CEO
Ramsey Solutions
Visit www.DaveRamsey.com
615-371-8881

**R RAMSEY** SOLUTIONS

**From:** Suzanne Simms <Suzannes@daveramsey.com>
**Sent:** Tuesday, June 23, 2020 2:29 PM
**To:** Dave Ramsey <daver2@daveramsey.com>
**Cc:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>; Michael Finney
<Michael.Finney@daveramsey.com>; Armando Lopez <armando.lopez@daveramsey.com>; Daniel
Cortez <daniel.cortez@daveramsey.com>
**Subject:** Caitlin Eastwood

Caitlin is 12 weeks pregnant. Not married. She is ■ and has a ■ y/o and a ■ y/o. Her boyfriend and father of her child is ■. They plan to get married but she is not officially engaged.

Jen and I talked to her in person this morning. Expressed our desire to make sure she feels loved and cared for. Asked her where her head was based on her comment in the email to Armando regarding this being "weird" with our culture. She seemed nervous but made it clear she needs us to make this decision-she isn't going to self-select out. But you can tell she pretty much knows what's gonna happen.

We met with HRC today. We decided we should pay her for a full year and cover medical for a full year. She will be very grateful I believe.

Can I predict how she'll react now, 6 months from now or later? No. But we'll have a meeting with her, Armando, me and Finney to go over this all with her and again, express our desire to make sure she and baby are taken care of and let her go. We'll do our best.

CONFIDENTIAL                                                                      **DEFENDANT 1930**

Let us know if you're good with this.

Suzanne Simms
Senior Executive Vice President
Business to Consumer Products and Services
Ramsey Solutions

CONFIDENTIAL

DEFENDANT 1931