# In The Matter Of:

*Caitlin O'Connor v.*
*The Lampo Group, LLC a/k/a Ramsey Solutions*

---

*Video Deposition of Caitlin O'Connor*
*June 22, 2021*

---

# nashvillecourtreporters

Online Scheduling: **ncrdepo.com** | **615.885.5798**

*Original File 2021-06-22 Caitlin OConnor.txt*
*Min-U-Script® with Word Index*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
CAITLIN O'CONNOR,          )
                          )
        Plaintiff,        )
                          ) No. 3:20-CV-00628
v.                        ) JUDGE RICHARDSON
                          )
THE LAMPO GROUP, LLC a/k/a ) MAGISTRATE JUDGE
RAMSEY SOLUTIONS,          ) FRENSLEY
                          )
        Defendant.        ) JURY DEMAND
```

--------------------------------------------------------

VIDEO DEPOSITION OF

CAITLIN O'CONNOR

Tuesday, June 22, 2021

--------------------------------------------------------

APPEARANCES:

For the Plaintiff:        Ms. Heather Moore Collins
                          Ms. Ashley Shoemaker Walter
                          Collins & Hunter
                          7000 Executive Center Drive
                          Suite 320
                          Brentwood, TN  37027
                          615-724-1996
                          heather@collinshunter.com
                          ashley@collinshunter.com


For the Defendant:        Ms. Leslie Goff Sanders
                          Mr. Daniel Crowell
                          Webb Sanders, PLLC
                          611 Commerce Street
                          Suite 3102
                          Nashville, TN  37203
                          615-915-3300
                          lsanders@webbsanderslaw.com


                          Mr. Daniel Cortez
                          General Counsel at Ramsey
                            Solutions
                          1011 Reams Fleming Boulevard
                          Franklin, TN  37064


Also Present:             Mr. Armando Lopez


Reported By:
Jennifer B. Carollo, LCR, RPR, CCR

1          The video deposition of Caitlin O'Connor was

2    taken by counsel for the Defendant at the law office

3    of Collins & Hunter, 7000 Executive Center Drive, Suite

4    320, Brentwood, Tennessee, on Tuesday, June 22, 2021,

5    beginning at 9:10 A.M., for all purposes allowed under

6    the Federal Rules of Civil Procedure.

7          It is agreed that Jennifer B. Carollo,

8    Licensed Court Reporter, Registered Professional

9    Reporter, Certified Court Reporter, and Notary Public

10   for the State of Tennessee, may swear the witness, take

11   the deposition, and afterwards reduce same to

12   typewritten form, and that the reading and signing of

13   the completed deposition by the witness was not

14   discussed.

15          All formalities as to caption, certificate,

16   transmission, filing, etc., are waived.  All objections

17   except as to the form of the questions are reserved to

18   on or before the hearing.

19   ---------------------------------------------------------

20                        INDEX

21   CAITLIN O'CONNOR:                              PAGE

22    Examination By Ms. Sanders .........................8

23    Examination By Ms. Collins ......................343

24    Reexamination By Ms. Sanders ....................346

25

1          MS. SANDERS:  14, okay.

2          (Marked Exhibit 14.)

3   BY MS. SANDERS:

4   Q.         One question about that, Ms. O'Connor.  Do

5   you recall preparing that mission statement?

6   A.         Yeah, I -- yeah.

7   Q.         As you read this mission statement today, do

8   you think that it was accurate at the time that you

9   prepared it?

10  A.         Yes.

11  Q.         Okay.  Who asked you to prepare that?

12  A.         HR.

13  Q.         Okay.  And what instructions were you given

14  on preparing a mission statement?

15  A.         I don't think there was any instructions.

16  It was just prepare a mission statement.

17  Q.         Like a personal mission statement?

18  A.         Correct.

19  Q.         Okay.  All right.  Now, in this lawsuit, you

20  have alleged a claim under the Americans with

21  Disabilities Act.  What is the disability you're

22  claiming?

23  A.         My geriatric pregnancy.

24  Q.         Okay.  And did you ever tell anyone at

25  Ramsey that you had a disability?

1    A.        When I reported my pregnancy to Armando.

2    Q.        What did you tell Mr. Lopez?

3    A.        That I requested -- well, maybe I can pull

4    up the email.  (Witness reviews document.)

5              I said -- so I stated, "I'm not sure what my

6    next steps are regarding the sharing the news with my

7    leader, getting FMLA & ADA paperwork incase it's needed

8    in the future, etc."

9    Q.        So is that the only email where you mention

10   the ADA?

11   A.        Correct.

12   Q.        Did you have any discussion with anyone at

13   Ramsey about your disability?

14   A.        I was terminated before I had any

15   discussions with anyone outside of HR.

16   Q.        In the conversation with Suzanne Simms on

17   the phone, did you mention your disability?

18   A.        I don't recall the nature of the

19   conversation I had with Suz.

20   Q.        In the meeting with Suzanne Simms and Jen --

21   Jen Sievertsen, did you tell them what your disability

22   was?

23   A.        I don't recall the whole conversation.

24   Q.        And then what about the third meeting

25   with -- which was with Suzanne Simms and Armando Lopez,

1  did you tell them what your disability was?

2  A.        I don't believe I did a lot of talking in

3  that meeting.

4  Q.        Did you ever tell anyone at Ramsey that you

5  had a geriatric pregnancy?

6  A.        The only people I reported my pregnancy to

7  was Armando.

8  Q.        So is the answer no?

9  A.        No.

10  Q.        Okay.  Who has treated you for the geriatric

11  pregnancy?

12  A.        I had a team of doctors.  I had to switch

13  OBs after I was terminated.

14  Q.        And I realize this question is -- the answer

15  is probably pretty obvious, but do you still have the

16  disability?

17  A.        No.

18  Q.        Okay.  Do you have any resulting disability

19  from the geriatric pregnancy?

20  A.        No.

21  Q.        Ms. O'Connor, in this -- in the discovery of

22  this lawsuit, the parties have exchanged

23  interrogatories and responded to each other's

24  questions, their interrogatories.  In response to our

25  interrogatories, the interrogatory was:  Explain how

1                              ERRATA PAGE

2           I, CAITLIN O'CONNOR, the witness herein,
   have read the transcript of my testimony and the
3  same is true and correct, to the best of my
   knowledge, with the exception of the following
4  changes noted below, if any:

5  Page/Line   Change                    Reason

6  _____   _____

7  _____   _____

8  _____   _____

9  _____   _____

10 _____   _____

11 _____   _____

12 _____   _____

13 _____   _____

14 _____   _____

15 _____   _____

16 _____   _____

17 _____   _____

18 _____   _____

19

20              _____
                CAITLIN O'CONNOR

21

22           Sworn to and subscribed before me, this
   the _____ day of _____, 2021.

23

24              _____
                Notary Public
25              My Commission Expires:

Case 3:20-cv-00628   Document 67-7   Filed 11/09/21   Page 8 of 9 PageID #: 1155

1            REPORTER'S CERTIFICATE

2            I, Jennifer B. Carollo, Licensed Court

3    Reporter, Registered Professional Reporter, Certified

4    Court Reporter, and Notary Public for the State of

5    Tennessee, hereby certify that I reported the foregoing

6    proceedings at the time and place set forth in the

7    caption thereof; that the proceedings were

8    stenographically reported by me; and that the foregoing

9    proceedings constitute a true and correct transcript of

10   said proceedings to the best of my ability.

11           I FURTHER CERTIFY that I am not related to

12   any of the parties named herein, nor their counsel, and

13   have no interest, financial or otherwise, in the

14   outcome or events of this action.

15           IN WITNESS WHEREOF, I have hereunto affixed

16   my official signature and seal of office this 24th day

17   of June, 2021.

18

19

20

21

22   JENNIFER B. CAROLLO, LCR, RPR, CCR
     AND NOTARY PUBLIC FOR THE STATE
23   OF TENNESSEE

24   LCR No. 432, Expires 6/30/2022

25   Notary Commission Expires 6/26/2024