IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:20-cv-00628 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | |
| THE LAMPO GROUP, LLC a/k/a | ) | Magistrate Judge Frensley |
| RAMSEY SOLUTIONS, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMAMRY JUDGMENT

Plaintiff moves to extend the time to respond to Defendant's Motion for Summary Judgement from December 7, 2021, to December 17, 2021. (ECF 66, 67). Dispositive motions were due November 19, 2021. (ECF 48). Defendant filed a motion for summary judgment prior to the deadline on November 9, 2021. (ECF 66, 67). Accordingly, Plaintiff's response is currently due on December 7, 2021. Plaintiff's lead counsel is scheduled as lead counsel for a multi-day arbitration hearing that same week. Accordingly, Plaintiff moves to extend its time to respond to Defendant's motion for summary judgment to December 17, 2021, which would have been the date the Plaintiff's response would have been due had the motion been filed on November 19, 2021, the deadline that was set in the scheduling order. As such, no prejudice will result, nor will this extension affect the reply or trial deadlines. Plaintiff conferred with Defendant concerning this request and Defendant does not oppose the requested extension.

Respectfully submitted,

*s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
Ashley Shoemaker Walter BPR #037651
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com
ashley@collinshunter.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing has been e-mailed on November 23, 2021 to counsel of record through the court's CM/ECF system:

Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

                                          /s/ Heather Moore Collins
                                          *Attorney for Plaintiff*