IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
|     Plaintiff, | ) |
| | )   **Civil Action No. 3:20-cv-628** |
| v. | )   **Judge Richardson/Frensley** |
| | )   **Jury Demand** |
| | ) |
| THE LAMPO GROUP, LLC a/k/a | ) |
| RAMSEY SOLUTIONS, | ) |
|     Defendant. | ) |

**ORDER**

Pending before the Court is the Plaintiff's Motion to Lift or Revise Confidentiality Order in Advance of Filing Opposition to Summary Judgment. Docket No. 69. The Court held a telephone conference with the Parties on November 24, 2021 to discuss the Plaintiff's motion. For the reasons discussed in the telephone conference, the Plaintiff's Motion is **DENIED**.[1]

Plaintiff's motion essentially asks for the Court to rule that certain deposition testimony, exhibits and document production are not entitled to be filed under seal. Docket No. 69. Plaintiff seeks this ruling in advance of filing her response in opposition to the Defendant's motion for summary judgment. *Id.* While the motion references certain materials Plaintiff intends to file, none of the materials have been filed with the Court or are available for the Court's review. Further, unless and until Plaintiff files her response in opposition to the Motion for Summary Judgment, no one can be certain what materials will actually be filed with the Court. For these reasons, the Court believes that the better approach is to follow that which is set forth in Local

---

[1] Local Rule 7.01(b) permits the Court to act on a motion prior to the time allowed for response. The Court does not believe it necessary to wait 21 days for this matter to be briefed in light of the issues.

Rule 5.03(b). Under this procedure, the Plaintiff shall file any information or documents designated in discovery including the ideation of any alleged comparators as confidential under seal. However, the party who designated the material as confidential has the burden of meeting the requirements of Local Rule 5.03(a) and the relevant case law in response to the Plaintiff's motion to seal. The response is support of sealing shall be filed as required by Local Rule 7.01(a)(3) within 14 days after the service of the motion to seal. The Plaintiff may file an optional reply memorandum within 7 days after service of the Defendants' memorandum in support of sealing.

  **IT IS SO ORDERED.**

                **JEFFERY S. FRENSLEY**
                **United States Magistrate Judge**