# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC a/k/a | ) |
| RAMSEY SOLUTIONS, | ) Jury Demand |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Comes Now, Plaintiff, to respond and object to Defendant's First Set of Interrogatories as follows:

**INTERROGATORIES**

14. Explain the factual basis for Plaintiff's claim that Defendant terminated her employment based on pregnancy.

    **ANSWER**: See interrogatory no. 11.

    **AMENDED**: **Plaintiff informed Defendant she was pregnant, and she was immediately terminated after this disclosure. Soon her disclosure, Plaintiff was contacted by management to discuss various aspects of her pregnancy. During this time, Defendant's Human Resources Committee and Dave Ramsey exchanged a series of emails regarding Plaintiff's pregnancy. Mr. Floyd stated that Plaintiff was "classless," and Mr. Ramsey stated Plaintiff was "scared and embarrassed" about her pregnancy. Plaintiff was allegedly terminated due to a violation of Defendant's policy against engaging in premarital sex, a violation which Defendant was only aware of due to Plaintiff's disclosure of her pregnancy.**

    Respectfully submitted,

    /s/ Heather Moore Collins
    Heather Moore Collins (BPR 26099)
    Anne Hunter (BPR 022407)

1

                                                Ashley Walter (BPR 037651)
                                                7000 Executive Center Drive
                                                Building Two Suite 320
                                                Brentwood, TN 37027
                                                (615) 724-1996
                                                heather@collinshunter.com
                                                anne@collinshunter.com
                                                ashley@collinshunter.com

                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that, on November 18, 2021, a copy of the foregoing document was sent by e-mail to:

Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

                                                */s/ Heather Moore Collins*
                                                Heather Moore Collins