# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CAITLIN O'CONNOR,     )
             ) Case No. 3:20-cv-00628
  Plaintiff,       )
             ) District Judge Richardson
v.            )
             ) Magistrate Judge Frensley
THE LAMPO GROUP, LLC,    )
             ) Jury Demand
  Defendant.      )

## DEFENDANT'S NOTICE OF FILING UNPUBLISHED CASES

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, files copies of the following unpublished cases cited in Defendant's Response to Plaintiff's Motion to Seal (Doc. #82):

- Exhibit 1 - *Durbin v. C&L Tiling Inc.,* 2019 BL 356831 (W.D. Ky. Sept. 23, 2019)

- Exhibit 2 - *Walsh v. Doner Int'l Ltd.*, 2020 BL 298130 (E.D. Mich. Aug. 07, 2020)

- Exhibit 3 - *Kestenbaum v. Globus,* 2019 BL 100386 (NY Sup. Ct. Mar. 15, 2019)

Respectfully submitted,


/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on January 4, 2022, I filed *Defendant's Notice of Filing Unpublished Cases*

via the Court's electronic filing system, which will automatically notify and send a copy of that

filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*