UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
|     Plaintiff, | ) Case No. 3:20-cv-00628 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Magistrate Judge Frensley |
|     Defendant. | ) Jury Demand |

## NOTICE OF CHANGE OF ADDRESS

Leslie Goff Sanders and Daniel Crowell, counsel for Defendant, The Lampo Group, LLC, ("Defendant"), notify the Court and counsel of their new law firm, address and email address, effective immediately. All communications to Defendant's counsel should now be directed to the following:

    Leslie Goff Sanders
    Daniel Crowell
    **JACKSON LEWIS, P.C.**
    CitySpace
    611 Commerce Street
    Suite 3102
    Nashville, TN 37203
    Telephone: (615) 915-3300
    Fax: (866) 277-5494
    leslie.sanders@jacksonlewis.com
    daniel.crowell@jacksonlewis.com

Respectfully submitted,

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on January 19, 2022, I caused a copy of *Notice of Change of Address* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

/s/ Leslie Sanders
Leslie Sanders (TN #18973)

*Attorney for Defendant*

2