IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00628 |
| v. | ) JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) |
| Defendant. | ) |

## ORDER

Because of the pending motion for summary judgment (Doc. No. 66), the pretrial conference set for March 28 2022, and the jury trial set for April 5, 2022, are canceled, to be rescheduled, if appropriate, once the Court rules on the dispositive motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE