## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:20-cv-00628 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | |
| | ) | Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC a/k/a | ) | |
| RAMSEY SOLUTIONS, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF FIRM NAME

COMES NOW, the undersigned, counsel of record for Plaintiff, Caitlin O'Connor, and provides notice of the change of its Firm name.

From: Collins & Hunter, PLLC

To: HMC Civil Rights Law, PLLC

7000 Executive Center Dr., Suite 320

Brentwood, TN 37027

For this purpose, effective immediately, it is hereby requested that henceforth, all correspondence, filings, and other documents related to this matter should be addressed to this new name. Telephone and facsimile contacts remain the same. Email contacts for these attorneys are reflected in the following signature and will be updated in the CM/ECF system.

Respectfully submitted,

*/s Ashley Shoemaker Walter*
Heather Moore Collins (# 026099)

1

Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Change of Firm Name has

been furnished to via the Court's electronic filing system on April 18, 2022 to the following:

Leslie Goff Sanders
Daniel Crowell
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*s/ Ashley Shoemaker Walter*
Ashley Shoemaker Walter

2