IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | |
| Plaintiff, | Case No. 3:20-cv-00628 |
| | Judge Richardson |
| THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS, | Magistrate Judge Frensley |
| Defendant. | |

## JOINT NOTICE OF WITHDRAWAL

COMES NOW, the undersigned, attorney Anne Bennett Hunter, and respectfully notifies the Court that she is withdrawing as counsel for Plaintiff, Caitlin O'Connor, in this matter. As grounds, Ms. Hunter states that Heather Moore Collins and Ashley Shoemaker Walter of HMC Civil Rights Law, PLLC will continue as counsel for Plaintiff and have represented that Plaintiff has consented to this withdrawal.

Respectfully submitted,

*/s Anne Bennett Hunter*
**HUNTER LAW FIRM PLC**
Anne Bennett Hunter BPR # 022407
101 Creekside Xing, Suite 1700-307
Brentwood, TN 37027
615.592.2977
anne@hunteremploymentlaw.com

*/s Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC

7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this JOINT Notice of Withdrawal has been furnished to via the Court's electronic filing system on May 15, 2022 to the following:

Leslie Goff Sanders
Daniel Crowell
JACKSON LEWIS, P.C.
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com
*Attorneys for Defendant*

Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiff*

/s Anne Bennett Hunter
Anne Bennett Hunter