> The motion is granted.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) Case No. 3:20-cv-00628 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

## DEFENDANT'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO SEAL

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court to extent its deadline to respond to Plaintiff's Motion to Seal (Doc. #73) by one day to Tuesday, January 4, 2022. In support of this motion, Defendant states the following:

1. This case involves a large volume of highly sensitive information, including information regarding the personal lives of third parties.

2. To facilitate discovery in this case, the Court entered an Amended Confidentiality Order (Docs. #45-1, 46).

3. Most of the documents produced by Defendant in this case have been designated as Confidential or Attorney's Eyes Only pursuant to the Amended Confidentiality Order.

4. On November 9, 2021, Defendant moved the Court for summary judgment (Doc. #66).

5. On December 17, 2021, Plaintiff filed a response in opposition to Defendant's Motion for Summary Judgment (Doc. #74).

6. Plaintiff also filed numerous deposition transcripts, deposition exhibits, and other