> The motion is granted.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| THE LAMPO GROUP, LLC, | ) Magistrate Judge Frensley |
| | ) |
| Defendant. | ) Jury Demand |

## DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME[1]

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to Rule 16 of the Federal Rules of Civil Procedure, moves the Court to extend its deadline to comply with the Court's Sealed Order dated August 18, 2022 (Doc. #90). In support of this motion, Defendant states the following:

1. The Court's Sealed Order directs Defendant to file redacted copies of certain documents that the parties filed in connection with summary judgment briefing.

2. Defendant's deadline to comply with the Court's Sealed Order was August 31, 2022.

3. Defendant timely filed redacted copies of Docs. #76-2, 76-3, 76-4, 76-5, 76-6, 76-9, 76-10, 76-11, 76-12, and 76-13 on August 31, 2022. *See* Doc. #93.

4. Due to technical difficulties, Defendant was not able to file redacted copies of Docs. #74, 75, 76-14, 76-15, 76-16, 76-17, 76-18, 76-19, 76-21 to 76-25, 78, and 82 until 1:26AM on September 1, 2022. *See* Doc. #94.

5. With respect to Docs. #76-29 and 76-30, Defendant does not have copies of those

---

[1] This Motion is intended to supersede the Motion for Extension of Time filed by Defendant on August 31, 2022 (Doc. #92).

Case 3:20-cv-00628   Document 96   Filed 09/01/22   Page 1 of 1 PageID #: 5941