IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAITLIN O'CONNOR, )
      Plaintiff, )
) NO. 3:20-cv-00628
v. ) JUDGE RICHARDSON
)
THE LAMPO GROUP, )
      Defendant. )

## ORDER

Pending before the Court is "Defendant's Motion for Instructions." (Doc. No. 96, "Motion"). Defendant asks the Court to confirm several aspects of Defendant's sealed filings (Doc. No. 94, Doc. No. 95). As for Defendant's requests numbered 3 and 4 in the motion, the Court agrees with Defendant that its sealed filings are consistent with the Court's Sealed Order (Doc. No. 90) and sealed attachment thereto (Doc. No. 90-1).[1]

As for Defendant's request number 5, Defendant couches it as if it is a request for instruction similar to requests numbered 3 and 4. The fifth request, however, is in reality a veiled attempt to ask the Court to reconsider its instructions as to redactions for Doc. #76-20. In the Motion, Defendant requests an "in-camera conference with the Court to provide information about the portions of Doc. No. 76-20 that are questionable…" (Doc. No. 96).[2] The Court addressed Doc.

---

[1] The Sealed Order remains under seal except to the extent that the general nature of certain of its contents are disclosed herein.

[2] The Court assumes that Defendant is not requesting an ex parte review of Doc. #76-20.

#76-20 in its Sealed Order and provided specific instructions as to what information could be redacted from this document. (Doc. No. 90-1 at 3). Defendant apparently asserts that the Court gave instructions as to Doc. #76-20 that were inconsistent with instructions for similar documents addressed in the Court's Sealed Order and suggests that additional information (which Defendant calls "questionable" information) in Doc. No. 76-20 should be redacted. (Doc. No. 90 at 2). The Court is amenable to an *in-camera* review where both parties are present.

A teleconference shall be held on **October 19, 2022, at 2:00 p.m.** Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE