UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> The motion is denied as moot per the telephonic conference held on October 19, 2022.
>
> *Eli Richardson*

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00628 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Magistrate Judge Frensley |
| Defendant. | ) Jury Demand |

## DEFENDANT'S MOTION FOR INSTRUCTIONS

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court to provide instructions regarding its Sealed Order dated August 18, 2022 (Doc. #90). In support of this motion, Defendant states the following:

1. The Court's Sealed Order directs Defendant to file redacted copies of certain documents that the parties filed in connection with summary judgment briefing.

2. Defendant will file redacted copies of most of the documents addressed in the Court's Sealed Order today.

3. In many of the documents, the Court ordered Defendant to redact "start/end date." Defendant redacted dates that indicated a start or end date such as dates on e-mails discussing a termination or dates that an offer letter was signed. Defendant raises this practice with the Court to ensure it is in compliance with the Sealed Order.

4. In some of the documents, the Court ordered Defendant to redact "department name." Some emails refer to the department by naming the individuals in the department rather than the specific department name. In other instances, the emails referenced a unique identifier that made it clear which department it was referencing. Defendant