UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) Case No. 3:20-cv-00628 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

## DEFENDANT'S THIRD NOTICE OF FILING REDACTED EXHIBITS

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to the Court's Sealed Order dated August 18, 2022 (Doc. #90), files redacted copies of the following documents:

1. Doc. #76-20
2. Doc. #76-29
3. Doc. #76-30

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
JACKSON LEWIS P.C.
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 565-1661
Fax: (615) 206-2244
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that, on October 31, 2022, I filed *Defendant's Third Notice of Filing Redacted Exhibits* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Ashley Shoemaker Walter
HMC Civil Rights Law, PLLC

*Attorneys for Plaintiff*

                                            /s/Leslie Goff Sanders
                                            Leslie Goff Sanders (TN #18973)
                                            *Attorney for Defendant*