**From:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>
**To:** Suzanne Simms <Suzannes@daveramsey.com>, Brian Williams <Brian.Williams@daveramsey.com>
**Cc:** Jeremy Breland <Jeremy.Breland@daveramsey.com>
**Subject:** Re: Phone call with ███████ 12/31 about 45 minutes
**Date:** Sat, 18 May 2019 23:15:39 +0000
**Importance:** Normal

___

Remember how many times Dave asked in that Saturday meeting if there was ANYTHING ELSE??? And never did child abuse come up...

___

**From:** Suzanne Simms <Suzannes@daveramsey.com>
**Date:** Saturday, May 18, 2019 at 1:36 PM
**To:** Brian Williams <Brian.Williams@daveramsey.com>, Jen Sievertsen <jennifer.sievertsen@daveramsey.com>
**Cc:** Jeremy Breland <Jeremy.Breland@daveramsey.com>
**Subject:** Fwd: Phone call with ███████ 12/31 about 45 minutes


Suzanne Simms
EVP, Consumer Division
Ramsey Solutions

___

**From:** ████████████████████████
**Sent:** Saturday, May 18, 2019 1:18 PM
**To:** Suzanne Simms
**Cc:** Jeremy Breland
**Subject:** Re: Phone call with ███████ 12/31 about 45 minutes

Suzanne thanks for your email. I want the court to know that she was lying and trying to get ███ fired and did not mention anything about him being abusive to ████ or the kids.

Obviously when she could not ██████████ she shifted her focus to ████ being abusive to the kids.

I am going to be out of pocket today but available tomorrow to talk or meet.

Jeremy can you send me an email as well that summarizes your conversations and meetings with ██████ as well.

Thanks for both of your help. I know ████ is appreciative.

On Fri, May 17, 2019 at 5:50 PM Suzanne Simms <Suzannes@daveramsey.com> wrote:

> Greetings!
>
> I am sending you the completely unfiltered thoughts I had in Dec 2018, after multiple conversations with ████████. Again, these are completely unfiltered that I shared with a small group of executives at Ramsey

Solutions who have been on a "task force" with me trying to navigate this ███ situation.  I have not shared these notes with Dave (thought I've verbally shared most of this with him)...and obviously haven't shared with ███

Jeremy and I thought it would be helpful for you to see this.

Please let me know if you need to talk through any of this!

Phone call with ███████ 12/31 about 45 minutes

Hot Take: I think it's highly possible that ████ is controlling and crazy...and that we're still getting played somewhat by ███

She pretty much started off the conversation talking about the family meeting she was orchestrating
-her brother is about to "implode" and has threatened to go public with the affair between ████ ██████
-her brother's entire small group knows everything
-she kept referencing hurtful texts she's getting from ████ ███ and how that's driving her to do this as well-I told her that this isn't his mom's business...that can be dealt with later. She's very focused on how ███ isn't being fully truthful with his mom yet.

I asked about her dysfunctional family and she said that was another really hurtful thing ████ did-he lied about her parents. She claims she has a great relationship with both of them and they are both strong Christians and her step mother is a strong Christian as well. Went on and on about this. I didn't argue with her here but if her dad is such a strong Christian why did he call people at RS to defame ████ and try to get him fired??

She is very upset that ███ ██ isn't "owning" things the way he should in her opinion. Hasn't initiated a conversation with her ███ and she wants to get all of this "resolved" before the ██████
-I talked to her multiple times in the conversation about the lack of wisdom in compressing this in such a short time frame but she always comes back with:
-she's prayed and is being led by God
-her family is going to "implode" if this family meeting doesn't happen

I kept telling her that priority #1 is her and ████ and their marriage getting healed. I realize everything is complicated by what happened with the ██████.but everyone else is a lower priority. What happened between her and ████ and what needs to happen with her and ████ is not the concern of her family right now.

███ is very much trying to control the whole situation and the path to healing. I called her out very boldly for that. I boldly told her that she has to release control and let the Holy Spirit do what needs to be done in His timing-not hers even though she is legitimately hurt and angry. I also boldly told her that she does NOT need to ████████ (When I called out both of these things she got quiet for the first time and stayed quiet for several minutes-I had to ask if she was still on the line) There is too much toxicity between her and ████ right now and she doesn't need to be on ████████ She's been "strong" and dealt with this for over what's another 3 weeks when we have so many people watching ████ and supporting him ████████? She kept saying over and over how she will "implode" if she has to stay at home and do business as usual for 3 weeks while ████████ I told her that we now have some difficult decisions to make about ████████ with all of this toxicity. (Her need to be ██████ feels like what ███ kept telling us about her need for sharing his ████ maybe)

I then told her she needs to pull the plug on the family meeting. She said the ball was already in motion and acted like she couldn't stop it from happening. I told her she has to-she doesn't have a choice. I told her ████ needs to be the one to initiate any/all conversations with her brother and other family members-and he SHOULD-but she can't control the timing of that even though she wants to. I told her I'd talk to JB and Brian about at least getting with ████ and strongly suggesting that he initiate a conversation with the brother b/c

**ATTORNEY'S EYES ONLY**

**DEFENDANT 2635**

from a biblical standpoint he really does need to do that but I made it clear to her that I am not communicating with ███ right now-especially 1:1-just letting the guys handle.

After I got so bold with her toward the end of the conversation she did get a tad bit more "meek" and sounded like she could *possibly* be listening to me but only hearing back from her after she's processed will determine that.

She also told me that she has found tons of "notes" and things ███ has written or typed about "things" and about her, etc. etc. that are very hurtful...she mentioned a notebook she found recently where he'd been writing hateful things about her for 17 years-before they ever had kids. I'm very intrigued about this notebook and really want to know ███ take on that.

There are many, many layers to this situation. I think we know or get about 40% of it would be my guess-and I'm saying 40% regarding BOTH sides of this. I paused and prayed with ██████ halfway through our conversation and I prayed for discernment the whole time I was talking to her. It was a bizarre experience. She was very much like the ██████ you guys experienced on that Thursday night when she showed up at the office and what we saw on that Saturday. She's all over the map. She's constantly claiming she is approaching all of this very logically, not emotionally, compartmentalizing her anger well and most importantly truly being led by God through prayer in all of it. She's full of shit. No-one in her position would have the wherewithal to do that.

My consensus is that she is crazy-probably too crazy to save the marriage and is very controlling. I think she drove ███ to do the things he did. He should've had the courage and wisdom to work on this years ago vs living in it and making bad decisions to self-medicate. I'm wondering if she is on medication and maybe has been for a long time-maybe taking stuff ███ doesn't even know about-I would put money on this.


Suzanne Simms
EVP-B2C Division & Digital Strategies
Dave Ramsey's The Lampo Group, Inc.

Sent from my iPhone

**ATTORNEY'S EYES ONLY**

**DEFENDANT 2636**