**From:** "Jeremy Breland" <Jeremy.Breland@daveramsey.com>
**To:** "Suzanne Simms" <Suzannes@daveramsey.com>, "Brian Williams" <Brian.Williams@daveramsey.com>
**Subject:** Fwd: ███ Situation
**Date:** Mon, 20 May 2019 14:08:29 -0000
**Importance:** Normal

---

Jeremy Breland
Executive Vice President
Ramsey Personalities l Ramsey Solutions

---

**From:** Jennifer Sievertsen <jennifer.sievertsen@daveramsey.com>
**Sent:** Friday, December 21, 2018 1:40 PM
**To:** Operating Board
**Subject:** ███ Situation

Here's an overview of what we've dealt with the last day with ███ and where we landed (overview for Mayfield/Winston/Rachel):

- Last summer ███ began talking to Jeremy and Brian and Suz about his marriage issues. He also spoke with Dave to tell him about it. ███ painted ███ as completely crazy. We believed him.
- Just prior to Thanksgiving, ███ called Jeremy accusing ███ of having an affair with ███ after listening to a conversation ███ had with ███ (███ tapped ███ phone). The conversation was 99% ███ spewing to ███ about his horrible marriage and how crazy ███ is. 1% was ███ telling ███ that she looked good in her shirt and that he missed seeing her the last few days and he missed seeing her within a few hours of waking up.
    - Jeremy and Brian spoke with ███ and asked him if there was an affair – he said no – and admonished him for going to any female to complain about his marriage.
    - Jen spoke with ███ and told her it was inappropriate for any man to talk to her about their marriage issues or compliment her like that. She has to shut it down immediately with anyone and especially with ███ She needed to be on extra guard since he's so wounded right now and so is ███ as she's recently divorced.
    - Dave, Jeremy, Brian, Suzanne and Jen met with ███ and ███ to re-emphasize all of these points AND we determined we'd put extra people ███ with ███ and an extra female with ███ ███ s suggestion).

ATTORNEY'S EYES ONLY                                                     DEFENDANT 2661

- ▇ went to Dave's house about the same time and met with Dave and Sharon and talked for hours about how broken his marriage is and how he's ready to move out. They advised strongly to not move out right before Christmas for his ▇ sake and that he and ▇ needed to be in counseling together instead of seeing separate counselors. ▇ agreed.
- ▇ came in yesterday end of day demanding to meet with Dave. She met with Dave, Jeremy and Brian W and was very emotional and all over the place with her accusations against ▇. Called in ▇ to try and get to truth but it was still very messy and ▇ was denying what she said. ▇ said he admitted all of this to their elders.
- ▇ and ▇ were supposed to meet with their pastor and elders last night at 6:30pm. Dave asked that the meeting be moved to our office since they seemed to be the third party that could confirm or deny what ▇ was saying. Jen joined the meeting.
- The elders quickly confirmed that ▇ had a sexual affair ▇ with a team member here. He "rekindled it" emotionally ▇ It ended when someone from here (not sure who) called ▇ and she confronted him. They walked with their church elders to process it at the time. ▇ admitted this once confronted.
- For the past 4-ish years, ▇ has had an emotional affair with some touching with ▇ (▇). It ended in September. ▇ discovered it 2-ish weeks ago as ▇ have been walking through a healing process and began telling ▇ the details. ▇ also admitted this in front of us once he was confronted by the elders.
- Jeremy and Dave met with ▇ before board meeting this morning and he was very broken and admitted again to the two situations. Said there was nothing else.
- Met with board this morning and recapped all of above then ▇ joined and Judy (who was at the meeting last night from their church) joined on ▇'s behalf since ▇ had to be at Vandy all morning so ▇ could get his treatment. All got rehashed again and board members asked many questions. The only new information was that ▇ was flirty with one of our ▇ but there was never any touching or any outside of work contact (both were at a few live events). No contact since. This is the only piece of info that ▇ has proactively provided vs "getting caught" on the other stuff.
- We gave ▇ every opportunity to tell us if there was ANYTHING else and he said no.

What we decided today as a board:
- The physical affair was over ▇ ago and that matters (it wasn't recent) and the recent affair was emotional and some touching. ▇ has been here ▇ and that matters in how we deal with this.
- ▇ with extra reinforcement ▇.
- As soon as ▇ he will go on sabbatical for at least the month of February.
- Completely ▇ for an additional 6 months.
- Walks a healing path that we help put together with counselors, 1-2 weeks at ▇ some time with Dave and Stephen Mansfield, etc. All will report back to us so that we're all hearing/seeing the same things.
- If anything else comes out that he hasn't already told us, we will fire him.

**ATTORNEY'S EYES ONLY**                                                                                    DEFENDANT 2662

- If he is not healing and we can't rebuild trust in him, he won't be able to stay and we may make that determination at any point. This decision is the decision for today, but there's no guarantee he makes the turn needed to be able to stay long term. It does give us a little bit of runway to make alternate plans.

Jen Sievertsen | Chief Marketing Officer
Ramsey Solutions
1749 Mallory Lane, Brentwood, TN 37027
T: 615.371.8881 | C: 615.336.7062

ATTORNEY'S EYES ONLY                              DEFENDANT 2663