UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) Case No. 3:20-cv-00628 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Frensley |
| LAMPO GROUP, LLC, The | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Leslie Goff Sanders, counsel for Defendant, notifies the Court of the following immediate changes to her law firm and contact information.

Leslie Goff Sanders
BARTON PLLC
1033 Demonbreun Street, Ste. 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com

Respectfully submitted,

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
BARTON LLP
1033 Demonbreun Street, Ste. 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com


Daniel Crowell (TN #31485)
JACKSON LEWIS P.C.

611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 565-1661
Fax: (615) 206-2244
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that, on November 23, 2022, I caused a copy of *Notice of Change of Address* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Ashley S. Walter
Heather M. Collins
HMC Civil Rights Law, PLLC

*Attorneys for Plaintiff*

Basyle J. Tchividjian
John Robert Toy, II
Parker, Toy & Associates, PLLC

*Attorneys for Material Witness*

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)

*Attorney for Defendant*