# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | Case No. 3:20-cv-00628 |
| Plaintiff, | ) | |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

I, Daniel Crowell, counsel for Defendant, The Lampo Group, LLC, notify the Court of

my new law firm and contact information:

Daniel Crowell
BARTON PLLC
1033 Demonbreun Street
Suite 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
dcrowell@bartonesq.com

                                        Respectfully submitted,

                                        /s/Daniel Crowell
                                        Leslie Goff Sanders (TN #18973)
                                        Daniel Crowell (TN #31485)
                                        BARTON PLLC
                                        1033 Demonbreun Street
                                        Suite 300
                                        Nashville, TN 37203
                                        Telephone: (615) 340-6790
                                        Fax: (615) 238-6762
                                        dcrowell@bartonesq.com

                                        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on November 30, 2022, I caused a copy of the foregoing *Notice of Change*

*of Firm and Address* to be filed via the Court's electronic filing system, which will automatically

notify and send a copy of the filing to:

Heather M. Collins
Ashley S. Walter
HMC CIVIL RIGHTS LAW, PLLC

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*
