UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | Case No. 3:20-cv-00628 |
| Plaintiff, | |
| v. | District Judge Richardson |
| | Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | |
| | Jury Demand |
| Defendant. | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

The undersigned counsel for Defendant, The Lampo Group, LLC, notify the Court of the following:

1. The name of their law firm has changed from "Barton PLLC" to "Barton LLP."

2. The physical and mailing addresses of their office have changed to the following:

   BARTON LLP
   611 Commerce Street
   Suite 2603
   Nashville, TN 37203

                                                    Respectfully submitted,

                                                    /s/Leslie Goff Sanders
                                                    Leslie Goff Sanders (TN #18973)
                                                    Daniel Crowell (TN #31485)
                                                    Stephen Stovall (TN #37002)
                                                    BARTON LLP
                                                    611 Commerce Street
                                                    Suite 2603
                                                    Nashville, TN 37203
                                                    Telephone: (615) 340-6790
                                                    Fax: (615) 238-6762
                                                    lsanders@bartonesq.com
                                                    dcrowell@bartonesq.com
                                                    sstovall@bartonesq.com

                                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on February 13, 2023, I caused a copy of the foregoing *Notice of Change of Firm Name and Address* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Heather M. Collins
Ashley S. Walter
HMC CIVIL RIGHTS LAW, PLLC

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendant*