# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| | ) |
|     Plaintiff, | )    No. 3:20-cv-00628 |
| | ) |
| v. | )    Judge Eli J. Richardson |
| | ) |
| | ) |
| THE LAMPO GROUP, LLC a/k/a | )    Magistrate Judge Frensley |
| RAMSEY SOLUTIONS, | )    Jury Demand |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S MOTION TO ASCERTAIN STATUS

Plaintiff moves to ascertain the status of the following motions:

- Defendant's Motion for Summary Judgment filed November 9, 2021. (Doc. 66, 67).
    - Plaintiff's Opposition filed December 9, 2021(Doc. 66, 67)
    - Defendant's Reply filed January 3, 2022 (Doc. 77)
- Plaintiff's Renewed Motion for Reconsideration due to a change in Sixth Circuit jurisprudence filed August 13, 2024 (Doc 103).
    - No Response filed.

                                               Respectfully submitted,

                                               *s/ Heather Moore Collins*
                                               Heather Moore Collins BPR # 026099
                                               Ashley Shoemaker Walter BPR #037651
                                               HMC Civil Rights, PLLC
                                               7000 Executive Center Drive, Suite 320
                                               Brentwood, TN 37027
                                               615-724-1996

615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing has been served via the Court's CM/ECF system on June 2, 2025 to counsel of record:

Leslie Goff Sanders
Daniel Crowell
Barton LLP
611 Commerce St
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com

/s Heather Collins
Heather Moore Collins