IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:20-cv-00628 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As discussed during the telephonic status conference on June 24, 2025, "Defendant's Motion and Memorandum of Law for Leave to File an Additional Summary Judgment Motion (Doc. No. 106)," which seeks leave to file an additional summary judgment motion (only as to Count V of the Third Amended Complaint) is GRANTED.

Defendant shall file a motion for summary judgment as to Count V by July 9, 2025. Plaintiff shall file a response by July 30, 2025 and Defendant may reply to the Plaintiff's response by August 13, 2025.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE