# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | Case No. 3:20-cv-00628 |
| Plaintiff, | ) | |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Frensley |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## AS TO COUNT V OF PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant, The Lampo Group, LLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Order at Doc. No. 107, moves for summary judgment with respect to any remaining claims in Count V of Plaintiff's Third Amended Complaint (Doc. #37).

As explained in Defendant's concurrently filed memorandum of law (Doc. #109), any remaining claims in Count V are ripe for summary judgment, fail as a matter of law, and should be dismissed.

Respectfully submitted,

/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on July 9, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Heather Moore Collins
Ashley Shoemaker Walter
HMC Civil Rights, PLLC

*Attorneys for Plaintiff*

                                              /s/Daniel Crowell
                                              Daniel Crowell (TN #31485)
                                              *Attorney for Defendant*