UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | Case No. 3:20-cv-00628 |
| Plaintiff, | ) | |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Frensley |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## APPENDIX OF DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT V OF PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant, The Lampo Group, LLC, files this Appendix of Documents in Support of its Motion for Summary Judgment as to Count V of Plaintiff's Third Amended Complaint. (Doc. No. 108).

- Doc. No. 111-1 *Plaintiff's Responses to Defendant's First Set of Interrogatories*
- Doc. No. 111-2 *Transcript Excerpts from Deposition of Caitlin O'Connor on June 22, 2021*

Respectfully submitted,

/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on July 10, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Heather Moore Collins
Ashley Shoemaker Walter
HMC Civil Rights, PLLC

*Attorneys for Plaintiff*

                                                /s/Daniel Crowell
                                                Daniel Crowell (TN #31485)
                                                *Attorney for Defendant*