

333 views

danieltardy Why you should eliminate policies. • In our Executive Committee meeting today we made an exception to our normal position on a team member issue.

We can do that because we don't have policies...we have principles.

Principles are guideposts and allow room for our hearts and wisdom to influence the decision.

Policies are bureaucratic and transactional.

Build your company based on principles — not policies!

October 5

danieltardy
Pinkerton Park