IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:20-cv-00628 |
| | ) JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

The trial and pretrial conference, scheduled for December 16, 2025, and December 8, 2025, respectively, along with all pretrial motion deadlines, are canceled based on the pendency of the Motion for Summary Judgment (Doc. No. 108), to be rescheduled upon resolution of the Motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE