UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAITLIN O'CONNOR, | ) | |
| | ) | Case No. 3:20-cv-00628 |
| Plaintiff, | ) | |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Frensley |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### REQUEST FOR DISMISSAL

Pursuant to FRCP 41(a)(2), Plaintiff, Caitlin O'Connor, through undersigned counsel, moves the Court to dismiss all claims in this action with prejudice, with all costs and fees to be paid by the party incurring same. Plaintiff's request for dismissal is unopposed by Defendant.

Respectfully submitted,

*s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
Ashley Shoemaker Walter BPR #037651
HMC Civil Rights, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via the Court's CM/ECF system on December 11, 2025 to counsel of record:

Leslie Goff Sanders
Daniel Crowell
Barton LLP
611 Commerce St
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com

                                        */s Heather Collins*
                                        Heather Moore Collins