IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAITLIN O'CONNOR, | ) |
| Plaintiff, | ) NO. 3:20-cv-00628 |
| v. | ) JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff has filed a "Request for Dismissal" (Doc. No. 119, "Motion"), which in substance is plainly an unopposed motion to dismiss this case in full with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. That rule authorizes the Court to order "an action [to be] dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, the Motion is unopposed and has terms that are routine for this kind of case and are unexceptional.

Accordingly, the Court **grants** the Motion (Doc. No. 119), and this action is dismissed with prejudice. The Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE